JIM VICTORY V. THE STATE.

No. 7230.    Decided April 25, 1923.

**Manufacturing Intoxicating Liquor—Bills of Exception.**

Where the bills of exception are filed too late to be considered on appeal, and in the absence of the statement of facts, the judgment below must be affirmed.

Appeal from the District Court of Parker. Tried below before the Honorable F. O. McKinsey.

Appeal from a conviction of unlawfully manufacturing intoxicating liquor; penalty, one year imprisonment in the penitentiary.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction is for the manufacture of intoxicating liquor, with a penalty of one year in the penitentiary.

No statement of facts appears in the record, and motion is presented by the State to strike out the bills of exception because filed too late. Sixty days after adjournment were allowed to file bills of exception. Adjournment was had on May 27. The sixty days

expired on July 26. The bills were not filed until July 28. The State's motion must be sustained. Art. 845 C. C. P.; Martin v. State, 82 Texas Crim. Rep., 268, 198 S. W. Rep., 149; Jarrott v. State, 84 Texas Crim. Rep., 544; 209 S. W. Rep., 663; Farris v. State, 85 Texas Crim. Rep., 86, 209 S. W. Rep., 665; Darnell v. State, 90 Texas Crim. Rep., 492, 236 S. W. Rep., 480; Gumm v. State, 92 Texas Crim. Rep., 207, 241 S. W. Rep., 1023. For other authorities see notes under Art. 845, C. C. P.; Vernon's Civil & Criminal Statutes, 1922 Supplement. However, if the bills should be considered they all relate to the question of evidence in some form, and their merit could not be appraised in the absence of a statement of facts.

The judgment is affirmed.

[Motion for rehearing withdrawn by appellant July 20, 1923. Reporter.]